John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Check No. 813285

Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 05-60412 | 013-0 | LARRY RAY JOHNSON<br>Original Check written to:<br>ABILENE CARDIOLOGY ASSOC.<br>1680 ANTILLEY RD., # 100<br>ABILENE, TX  79606- | xx5555 | 238.56 | 27.44 | 0.00 | 27.44 |
| 05-60571 | 018-0 | ANTHONY ANTONIO HATTEN<br>Original Check written to:<br>FIRST BANK OF DELAWARE<br>C/O CHECK 'N GO, LOAN SERVICER<br>5155 FINANCIAL WAY<br>MASON, OH  45040 | xxxxxxx7736 | 271.52 | 3.13 | 0.00 | 3.13 |
| 05-60981 | 011-0 | SHALANDA W WILLIAMS<br>Original Check written to:<br>AMERICAN NATIONAL PROPERTY<br>C/O MARANDA WEIBERDINK<br>2448 E. 81ST STREET, STE 800<br>TULSA, OK  74137 | xxxxxxxxxxxxxxIAMS | 1,940.47 | 15.78 | 0.00 | 15.78 |
| 05-61025 | 013-0 | CARYLISS ROMERO TAVE<br>Original Check written to:<br>SECURITY FINANCE<br>P.O. BOX 1893<br>SPARTANBURG, SC  29304- | xxxxxx4391 | 303.34 | 14.86 | 0.00 | 14.86 |
| 05-61154 | 003-0 | MARK ALAN LEMLEY<br>Original Check written to:<br>TRIAD FINANCIAL CORP<br>DEPT CH 10104<br>PALATINE, IL  60005-0104 | xxxxxxxxxxxxxxx0001 | 6,609.80 | 222.20 | 0.00 | 222.20 |
| 05-61212 | 009-0 | STEPHEN STRONG<br>Original Check written to:<br>CITY OF HENDERSON<br>% LINEBARGER ET AL<br>2323 BRYAN ST #1600<br>DALLAS, TX  75201-2644 | xxxxxxxxxxxxxxxxxxx00 { | 0.00 | 931.02 | 0.00 | 931.02 |
| 05-61269 | 010-0 | JAMES O HARRIS JR.<br>Original Check written to:<br>TEXAS CHILD SUPPORT DISBURSEMENT UNIT<br>P O BOX 659791<br>SAN ANTONIO, TX  78265-9791 | xxxxxxxxxxxxxxxxxxx JEA | 0.00 | 258.26 | 0.00 | 258.26 |